UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-60086-CR-ZLOCH

18 U.S.C. § 1038(a)(1)

/ROSENBAUM

FILED by _____ B.S.
APR 12 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

UNITED STATES OF AMERICA

vs.

TARVESS DAVID TAYLOR,

   **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times material to this indictment:

1. The County and Circuit Court for the Seventeen Judicial Circuit in and for Broward County, Florida was located at 201 S.E. 6th Street, Fort Lauderdale, Florida 33301.

2. The Broward County Sheriff's Office was located at 2601 W. Broward Boulevard, Fort Lauderdale, Florida 33312.

### COUNT 1

1. Paragraphs 1 and 2 of the General Allegations above are restated and realleged as if fully set forth herein.

2. On or about October 4, 2011, in Broward County, in the Southern District of Florida, the

defendant,

## TARVESS DAVID TAYLOR,

did engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicated that an activity has taken, is taking place and will take place that would constitute a violation of Chapter 113B of Title 18, United States Code, that is, Title 18, United States Code, Section 2332a (use of weapons of mass destruction), in that the defendant placed and caused to be placed in the United States mail an envelope addressed to "2601 W Broward Blvd Fort, Lauderdale, Fl 33312," that contained a powdery substance, in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 2

1. Paragraphs 1 and 2 of the General Allegations above are restated and realleged as if fully set forth herein.

2. On or about October 4, 2011, in Broward County, in the Southern District of Florida, the defendant,

## TARVESS DAVID TAYLOR,

did engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicated that an activity has taken, is taking place and will take place that would constitute a violation of Chapter 113B of Title 18, United States Code, that is, Title 18, United States Code, Section 2332a (use of weapons of mass destruction), in that the defendant placed and caused to be placed in the United States mail an envelope addressed to "2601 W Broward Blvd Fort, Lauderdale, Fl 33312," that contained a powdery substance and letter stating in part "Police is to kill Black [...]. Not give them

lawsuit," in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 3

1. Paragraphs 1 and 2 of the General Allegations above are restated and realleged as if fully set forth herein.

2. On or about October 4, 2011, in Broward County, in the Southern District of Florida, the defendant,

### TARVESS DAVID TAYLOR,

did engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicated that an activity has taken, is taking place and will take place that would constitute a violation of Chapter 113B of Title 18, United States Code, that is, Title 18, United States Code, Section 2332a (use of weapons of mass destruction), in that the defendant placed and caused to be placed in the United States mail an envelope addressed to "201 SE 6 Street Fort Lauderdale, Fl 33301," that contained a powdery substance and a letter stating in part "This Black Dity [...], He still free some body, Need to kill him," in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 4

1. Paragraphs 1 and 2 of the General Allegations above are restated and realleged as if fully set forth herein.

2. On or about October 4, 2011, in Broward County, in the Southern District of Florida, the defendant,

### TARVESS DAVID TAYLOR,

did engage in conduct with intent to convey false and misleading information under circumstances

where such information may reasonably be believed and where such information indicated that an activity has taken, is taking place and will take place that would constitute a violation of Chapter 113B of Title 18, United States Code, that is, Title 18, United States Code, Section 2332a (use of weapons of mass destruction), in that the defendant placed and caused to be placed in the United States mail an envelope addressed to "2601 W Broward Blvd Fort, Lauderdale, Fl 33312," that contained a powdery substance and a letter stating in part "You Polices his fools you Don't Kill that [...]," in violation of Title 18, United States Code, Section 1038(a)(1).

### COUNT 5

1. Paragraphs 1 and 2 of the General Allegations above are restated and realleged as if fully set forth herein.

2. On or about October 4, 2011, in Broward County, in the Southern District of Florida, the defendant,

### TARVESS DAVID TAYLOR,

did engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicated that an activity has taken, is taking place and will take place that would constitute a violation of Chapter 113B of Title 18, United States Code, that is, Title 18, United States Code, Section 2332a (use of weapons of mass destruction), in that the defendant placed and caused to be placed in the United States mail an envelope addressed to "2601 W Broward Blvd Fort, Lauderdale, Fl 33312," that contained a powdery substance and a letter which stated in part " I smell death And guess What it's

Tarvess Taylor and his family and friends," in violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MICHAEL WALLEISA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

TARVESS DAVID TAYLOR

          **Defendants.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Case Information:**

**Court Division:** (Select One)

___ Miami    ___ Key West
_X_ FTL       ___ WPB    ___ FTP

New Defendant(s)    Yes _X_   No ___
Number of New Defendants    _1_
Total number of counts    _5_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    _X_
   II   6 to 10 days    ___
   III  11 to 20 days    ___
   IV  21 to 60 days    ___
   V   61 days and over    ___

   (Check only one)
   Petty    ___
   Minor    ___
   Misdem.    ___
   Felony    _x_

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _No_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _x_ No

_____
MICHAEL WALLEISA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 539570

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: TARVESS DAVID TAYLOR
Case No:

Count s #: 1-5
 Hoax Threat

 In violation of 18 U.S.C. § 1038

* Max.Penalty: 5 years' imprisonment, $250,000 fine, 3 years' supervised release

Count #:


*Max. Penalty:

Counts #:


*Max. Penalty:

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:     10 years' imprisonment, $250,000 fine, 3 years' supervised release

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.