UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASENO.12-60086-CR-ZLOCH/RSR

UNITED STATES OF AMERICA

vs

TARVESS TAYLOR (J)#99599-004

ARRAIGNMENT INFORMATION SHEET
LANGUAGE: ENGLISH

The above named Defendant appeared before Chief Magistrate Judge BARRY S. SELTZER now on APRIL 20TH 2012, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:                      Address: IN CUSTODY/SEE BOND

DEFENSE COUNSEL:        Name:    FEDERAL PUBLIC DEFENDER
                                          Address: 1 EAST BROWARD BLVD SUITE 1100
                                                       FTL, FLORIDA 33301

                                          Telephone: 954-356-7436

BOND SET/CONTINUED:           $

Bond hearing held:  yes____   no____  Bond hearing set for_____
Dated this 20TH DAY of APRIL, 2012

STEVEN M. LARIMORE
COURT ADMINISTRATOR/CLERK OF COURT

By:_____AARON TIJERINO_____
DEPUTY CLERK

cc: AUSA
DEFENSE COUNSEL
UNITED STATES PRETRIAL/PROBATION